```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JIOVANI COLON,                                          :

                Plaintiff,                              :       ORDER

        -against-                                       :
                                                                20 Civ. 243 (GWG)
                                                        :

COMMISSIONER OF SOCIAL SECURITY,                        :

                Defendant.                              :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

With regard to the application for fees (Docket # 26), for the same reasons we expressed in Blizzard v. Astrue, 496 F. Supp. 2d 320 (S.D.N.Y. 2007), we find that the many factors for judging reasonableness identified by courts, including the Second Circuit in Fields v. Kijakazi, 24 F.4th 845 (2d Cir. 2022), have been satisfied in this case.  In light of the fact that plaintiff's counsel has expertise in social security matters and operated efficiently, that plaintiff's case was not a sure winner, and the importance of encouraging attorneys to accept social security cases on a contingency basis, the Court concludes that the award sought here is not so large in relation to the hours expended by counsel that it requires reduction.

Accordingly, it is hereby ORDERED that the motion of plaintiff's counsel for attorneys' fees (Docket # 26) is granted.  Attorney Daniel Berger is awarded the sum of $20,861.25 as fees pursuant to 42 U.S.C. § 406(b), to be paid from the amount withheld by the Commissioner of Social Security from the past due benefits awarded to plaintiff.

SO ORDERED.

Dated: March 21, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge